EXHIBIT  "A"

**NOTICE TO ALL EMPLOYEES**

This Notice is being posted pursuant to a Consent Decree entered by the federal court in <u>U.S. EEOC v. Foam Works, LLC,</u> Case No.2:06-CV-02146-MCE-EFB (E.D. Cal.), settling a lawsuit filed by the Equal Employment Opportunity Commission ("EEOC").

In its suit, the EEOC alleged that Foam Works ("Foam Works") subjected Charging Party to harassment and retaliation because of her sex, Female, in violation of Title VII of the Civil Rights Act of 1964  ("Title VII"). Foam Works denies the allegations.

To resolve this lawsuit the parties have entered into a Consent Decree which requires, among other things, that Foam Works:

  1) provide periodic reports to the EEOC of its employment practices; and

  2) provide training to its employees to prevent and correct discrimination.

  3) provide compensation to the Charging Party.

The EEOC enforces the federal laws against discrimination in employment on the basis of disability, race, color, religion, national origin, sex, pregnancy, and age.  If you believe you have been discriminated against, you may contact the EEOC at 255 E. Temple Street, 4th Floor, Los Angeles. (213) 894-1000; or the California Department of Fair Employment and Housing (DFEH); phone (213) 439-6799.  The EEOC charges no fees and has employees who speak languages other than English.

No action may be taken against you by any management official of Foam Works for: (1) opposing discriminatory practices made unlawful by federal law, (2) filing a charge or assisting or participating in the filing of a charge of discrimination, or (3) assisting or participating in an investigation brought under Title VII.  Should any such retaliatory actions be taken against you, you should contact the EEOC or the DFEH at the address listed above.

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**

**This Notice must remain posted for three (3) years from the date below and must not be altered, defaced or covered by any other material.  Any questions about this Notice or compliance with its terms may be directed to: EEOC, 255 East Temple Street, 4th Floor, Los Angeles, CA 90012 or call (213) 894-1000.**

Dated:  October 12, 2007

_____
**MORRISON C. ENGLAND, JR.**
**UNITED STATES DISTRICT JUDGE**